PROB 12C
(7/93)

Report Date: February 7, 2012

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

**for the**

**FEB 10 2012**

**Eastern District of Washington**

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Craig Alan Ostrander            Case Number: 2:05CR02081-001

Address of Offender: relocation: Currently incarcerated at Multnomah County Inverness Jail, Portland, OR

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 1/24/2006

| | |
|---|---|
| Original Offense: | Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A) |
| Original Sentence: | Prison - 84 Months; TSR - 60 Months |

| | |
|---|---|
| Type of Supervision: | Supervised Release |

| | | | |
|---|---|---|---|
| Asst. U.S. Attorney: | Shawn N. Anderson | Date Supervision Commenced: | 11/3/2011 |
| Defense Attorney: | Rebecca Pennell | Date Supervision Expires: | 11/2/2016 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

1            **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Craig Ostrander was arrested in Gresham, Oregon, on January 31, 2012, for manufacturing marijuana, possession of marijuana, possession of methamphetamine, attempting to elude by vehicle, reckless endangerment, reckless driving, attempting to elude on foot, failure to perform duties of a driver (property damage), and second degree criminal mischief (Gresham Police Department case number 12-701178).

According to an incident report from the Gresham Police Department, on January 31, 2012, officers responded to a suspicious circumstances call in which individuals were observed loading items into a pickup truck from a local residence. As officers were en route, the suspect vehicle was seen leaving the area. Officers quickly located the truck and attempted to initiate a traffic stop, but the suspect truck sped off and a chase ensued. After a short pursuit, the truck slowed down and the driver jumped out of the vehicle while it was still moving. The truck continued southbound and came to a stop after striking a mailbox and a parked car. The suspect driver fled on foot but was subsequently apprehended and

Prob12C
Re: Ostrander, Craig Alan
February 7, 2012
Page 2

    identified as the defendant. During the search of the suspect vehicle, officers recovered 14 marijuana plants, two grow light enclosures, two grow light bulbs, a ballast, two two-way radios, and 12 plastic planters.

    While being booked into the Multnomah County Detention Center, a baggie with methamphetamine residue was located in the defendant's coat pocket. Bail is currently set at $102,500. Court information is not available at this time.

2    **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

    **Supporting Evidence**: On January 25, 2012, Craig Ostrander reported to the U.S. Probation Office and submitted a urine sample which tested positive for amphetamine.

3    **Standard Condition #1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

    **Supporting Evidence**: On January 31, 2012, Craig Ostrander traveled to Oregon, as noted in violation number 1, without permission from his supervising probation officer.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 7, 2012

s/Jose Vargas

U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

2/10/12
Date