PROB 12C
(7/93)

Report Date: February 28, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**FEB 28 2013**

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Craig Alan Ostrander          Case Number: 2:05CR02081-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 1/24/2006

| | |
|---|---|
| Original Offense: | Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A) |
| Original Sentence: | Prison - 84 Months; TSR - 60 Months |
| Asst. U.S. Attorney: | Shawn N. Anderson |
| Defense Attorney: | Federal Defenders Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: 2/28/2013

Date Supervision Expires: 2/27/2017

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 19**: You shall reside in a residential reentry center (RRC) for a period of up to 6 months. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.<br><br>**Supporting Evidence**: On February 28, 2013, Mr. Osrtrander commenced the term of supervised release. On the same date, he was terminated from placement at the Spokane Residential Reentry Center for inappropriate behavior. Specifically, it is reported Mr. Ostrander became verbally and physically abusive toward staff and other residents at the RRC. |

Prob12C
Re: Ostrander, Craig Alan
February 28, 2013
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/28/2013

s/Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

2/28/2013
Date