PROB 12C
(7/93)

Report Date: June 20, 2013

## United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**JUN 20 2013**

for the

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Craig Alan Ostrander        Case Number: 2:05CR02081-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen. Senior U.S. District Judge

Date of Original Sentence: 1/24/2006

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A) | |
| Original Sentence: | Prison - 84 Months; TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: 2/28/2013 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: 2/27/2017 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.<br><br>**Supporting Evidence**: On June 19, 2013, Craig Ostrander was scheduled to complete a substance abuse evaluation at ADEPT Assessment Services. However, Mr. Ostrander failed to report as directed to complete evaluation. |
| 2 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On June 18, 2013, Mr. Ostrander failed to report for urinalysis testing as directed. On June 19, 2013, the undersigned officer attempted to collect a urine |

Prob12C
Re: Ostrander, Craig Alan
June 20, 2013
Page 2

specimen from Mr. Ostrander at approximately 11:15 a.m. However, the offender was unable to produce a specimen, therefore, he was directed to report to ADEPT Assessment Services to provide a urine specimen. However, Craig Ostrander reported 5 minutes prior to the facility closing at 6:55 p.m., and was still unable to provide a urine specimen.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/20/2013

s/Richard Law

Richard Law
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

June 20, 2013
Date